IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DELBERT L. GEORGE                                                                                   PLAINTIFF

v.                                        Civil No. 14-3042

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                 DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 17th day of July, 2015.

/s/ *Mark E. Ford*
HONORABLE MARK. E. FORD
UNITED STATES MAGISTRATE JUDGE